BWB:NR
F.#2012R00760

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOHNSON JEAN-JACQUES,

        Defendant.

- - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(B)(ii)(II), 853(a) and 853(p); T. 18, U.S.C., §§ 2 and 3551 et seq.)

CR 12 379

GLASSER, J.
MANN, M.J.

THE GRAND JURY CHARGES:

### POSSESSION OF COCAINE WITH INTENT TO DISTRIBUTE

1. On or about May 7, 2012, within the Eastern District of New York and elsewhere, the defendant JOHNSON JEAN-JACQUES, together with others, did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II); Title 18, United States Code, Sections 2 and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant JOHNSON JEAN-JACQUES that, upon his conviction of the offense charged in this Indictment, the government will seek

2

forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of any such offense to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of any such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of any such offense.

        3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        (a) cannot be located upon the exercise of due diligence;

        (b) has been transferred or sold to, or deposited with, a third party;

        (c) has been placed beyond the jurisdiction of the court;

        (d) has been substantially diminished in value; or

        (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F#2012R00760
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK
CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

JOHNSON JEAN-JACQUES

Defendant.

# INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(B)(ii)(II);
and T. 18, U.S.C., §§ 3551 et seq.)

*A true Bill.*

_____
Foreman

*Filed in open court this _____ day of _____ A.D. 20___*

_____
Clerk

Bail, $ _____

*Nathan Reilly, Assistant U.S. Attorney (718-254-6196)*